# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 4, 2020

## NO. 03-19-00131-CV

**Appellants University of Texas at Austin President Jay Hartzell; University of Texas at Austin Registrar Mark Simpson; University of Texas Dean of Students Soncia Reagins-Lilly; University of Texas Regents Kevin Paul Eltife, R. Steven Hicks, Christina Melton Crain, Jodie Lee Jiles, David J. Beck, Kelcy L. Warren, Janiece M. Longoria, Nolan Perez, and James Conrad Weaver, in their official capacities// Cross-Appellant, S. O.**

**v.**

**Appellee, S. O.// Cross-Appellees, University of Texas at Austin President Jay Hartzell; University of Texas at Austin Registrar Mark Simpson; University of Texas Dean of Students Soncia Reagins-Lilly; University of Texas Regents Kevin Paul Eltife, R. Steven Hicks, Christina Melton Crain, Jodie Lee Jiles, David J. Beck, Kelcy L. Warren, Janiece M. Longoria, Nolan Perez, and James Conrad Weaver, in their official capacities**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE BAKER
### CONCURRING AND DISSENTING OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on February 11, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.